NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CORY HOWELL,**

*Petitioner*

**v.**

**OFFICE OF COMPLIANCE,**

*Respondent*

———————————

2017-1755, 2017-1757

———————————

Petitions for review of a decision of the Board of Directors of the Office of Compliance in Nos. 14-AC-08 (DA,FM,FL,RP), 14-AC-41 (DA,FM,FL,RP).

———————————

**JUDGMENT**

———————————

JEFFREY HOWARD LEIB, Washington, DC, argued for petitioner.

JOHN D. UELMEN, Office of the General Counsel, United States Office of Compliance, Washington, DC, argued for respondent.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 April 5, 2018   /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court